No. 590. CIMIOTTI UNHAIRING COMPANY ET AL., PETITION-ERS, *v.* AMERICAN FUR REFINING COMPANY ET AL. February 29, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. John W. Griggs* and *Mr. Louis C. Raegener* for petitioners. *Mr. Henry Schreiter* for respondents.

No. 591. UNITED STATES, PETITIONER, *v.* SING TUCK OR KING DO ET AL. February 29, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney-General, Mr. Solicitor General Hoyt* and *Mr. Assistant Attorney General McReynolds* for petitioner. *Mr. Robert M. Moore* for respondents.

No. 365. JESSE CARR, PETITIONER, *v.* MODERN WOODMEN OF AMERICA. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Isaac N. Flickinger* for petitioner. *Mr. C. G. Saunders* for respondent.

No. 564. THOMAS A. KELLEY ET AL., PETITIONERS, *v.* CUNARD STEAMSHIP COMPANY (LIMITED). March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William R. Sears* and *Mr. A. B. Browne* for petitioners. *Mr. George Putnam* for respondents.